United States District Court
Southern District of Texas
**ENTERED**
August 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **CONCEPCION ADRIANA VAZQUEZ-GARCIA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01472** |
| | § | |
| **ORLANDO PEREZ, *et al.*,** | § | |
| **Respondents.** | § | |

**ORDER**

Before the Court is Respondents' Advisory dated August 24, 2026. (Dkt. No. 7). Respondents advise that Petitioner was removed from the United States on August 18, 2026 – two days before this Court's order requiring at least seven (7) days notice before a transfer of Petitioner. (*Id.*; Dkt. No. 6). Petitioner's petition was signed and filed on August 19, 2026 – supposedly the day after Petitioner's removal from the United States. (Dkt. No. 1).

As such, this Court **ORDERS** Petitioner's counsel to file an advisory by **August 28, 2026**, addressing: (1) whether Petitioner has been removed from the United States; and (2) the date on which Petitioner was removed from the United States; and (3) Petitioner's position on a final judgment in this case.

It is so **ORDERED**.

**SIGNED** on August 25, 2026.

John A. Kazen
United States District Judge